UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

| | |
|---|---|
| FOREST GUARDIANS and CARSON FOREST WATCH,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>UNITED STATES FOREST SERVICE,<br><br>Defendant - Appellee. | No. 06-2306 |

ORDER

Filed October 25, 2007

On July 10, 2007, the court issued an order granting the appellants' unopposed motion to defer filing an appendix until briefing is completed and directing that a joint appendix be submitted on or before the due date for the optional reply brief, or within 7 days of service of the appellee's response brief.

The appellants' reply brief has been filed and appellants have submitted a "Joint Deferred Appendix." However, that appendix has not been filed because the court has not been provided with a certificate of service showing that the appellee has been served with a copy of the appendix or, alternatively, that the appellee joins in the filing of that document.

Therefore, within 7 calendar days of the date of this order (on or before November 1, 2007) the appellants shall provide this court with a certificate of service showing that the appellee has been provided with a copy of the appendix.

In addition, the parties are advised that the references in their briefs to the relevant pages of the appendix are, in many instances, unclear. The court directs the parties' attention to 10th Cir. R. 28.1(A) which provides, in part, that "[r]eferences to the appendix should be by page number." (Although a deferred appendix has been submitted, the court notes that the references in the briefs to that appendix do not comply with Fed. R. App. P. 30 (c)(2).)

In addition, it appears that some of the record items referenced in the briefs are not included in the appendix. The parties are reminded that the record of district court proceedings (including any administrative record materials) remains in the district court and that the appendix must be "sufficient for considering and deciding the issues on appeal." *See* 10th Cir. R. 30.1.

Based on the above, the briefs filed by the parties in this appeal are stricken. Within 30 days of the date of this order, the parties shall re-submit their briefs, corrected to comply with 10th Cir. R. 28.1. (Except for the correction of any typographical errors, no other changes may be made to the briefs.) In accordance with 10th Cir. R. 28.1, the record references in the corrected briefs shall be to the applicable page number(s) of the appendix and/or any supplemental appendix that may be filed.

If the parties determine that a supplemental appendix is required, a supplemental appendix may be filed within 30 days of the date of this order. The parties are encouraged to agree as to the content of any supplemental appendix. Any supplemental appendix must comply with the court rules.

In view of this order, the appellee's "Motion for Leave to File Supplemental Appendix" is denied as moot.

    Entered for the Court
    ELISABETH SHUMAKER, Clerk of Court

by:

    Christine Van Coney
    Counsel to the Clerk