THE UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

| | |
|---|---|
| FOREST GUARDIANS and CARSON FOREST WATCH, )<br>)<br>)<br>Plaintiffs-Appellants, )<br>)<br>vs. )<br>)<br>UNITED STATES FOREST SERVICE, )<br>)<br>Defendant-Appellee. )<br>_____) | Appeal No. 06-2306 |

### PLAINTIFFS-APPELLANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE SUPPLEMENTAL BRIEF

Plaintiffs-Appellants Forest Guardians and Carson Forest Watch (collectively "Forest Guardians") hereby respectfully move this Court for an Order enlarging the time for the filing of its Supplemental Brief in this case. A March 8, 2010 Order of this Court granting Forest Guardians' Petition for En Banc Rehearing directs counsel for Forest Guardians to file his Supplemental Brief on or before April 23, 2010. By way of this motion, counsel for Forest Guardians respectfully requests that the time for the filing of the Supplemental Brief be extended until and through May 24, 2010 and that this matter be retained on the

Court's argument calendar for the September 2010 term.

Forest Guardians has not filed any previous motion to enlarge the deadline for the filing of the Supplemental Brief, and this motion is unopposed by counsel for Defendant-Appellee United States Forest Service.

As grounds for this motion, counsel for Forest Guardians represents as follows:

(1)  Counsel is currently residing in Merida, Mexico where he is on a "sabbatical" through early May of 2010 while working on issues pertaining to marine conservation.

(2)  Preparation of the Supplemental Brief ordered by this Court will require counsel to review and work with the voluminous case files in this litigation, and the case files remain in counsel's primary office in Santa Fe, New Mexico.

(3)  Preparation of the Supplemental Brief by April 23, 2010 would require counsel to "truncate" his long-awaited sabbatical significantly, and to leave his work in Mexico uncompleted.

(4)  An extension of the deadline for the filing of the Supplemental Brief until May 24, 2010 will enable counsel to complete his sabbatical and his marine conservation project.

For the foregoing reasons, counsel for Forest Guardians respectfully

submits that its Unopposed Motion for Enlargement of Time to File Supplemental Brief should be granted, and that the deadline for the filing of said brief should be extended until and through May 24, 2010.

Respectfully submitted,

_____/s/_____
Steven Sugarman
1210 Luisa Street – Suite 2
Santa Fe, New Mexico 87505
(505) 983-1700
stevensugarman@hotmail.com

# CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of this Motion for Enlargement of Time was served on the following counsel of record through the Tenth Circuit's ECF system:

      Mr. David Shilton

Furthermore, all required privacy redaction have been made and this document was scanned for virus with the latest version of Esot Nod32 Antivirus (updated as of March 22, 2010) and is free of viruses.

                                  /s/
                            Steven Sugarman
                            1210 Luisa Street, Suite 2
                            Santa Fe, NM 87505
                            (505) 672-5082
                            stevensugarman@hotmail.com